IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

COLLINS MCQUEEN SCULLIN FARMER,

    Petitioner,

v.                                          Case No. 4:17cv584-MW/CAS

UNKNOWN,

    Respondent.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 9. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's petition for writ of habeas corpus, ECF No. 1, is **DISMISSED** because the initial petition is insufficient and Petitioner failed to file an amended petition as required." The Clerk shall close the file.

**SO ORDERED** on February 28, 2018.

                                                    s/Mark E. Walker           
                                                    **United States District Judge**